# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| JENNIFER GORDON, VALERIE TANTLINGER, AND JENNIFER UNDERWOOD, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED | ) ) ) | |
| *Plaintiff* | ) ) | Civil Action No.    15-730 |
| v. | ) | |
| KOHL'S CORPORATION AND CAPITAL ONE FINANCIAL CORPORATION | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kohl's Corporation
c/o Corporate Creations Network
811 Church Road #105
Cherry Hill, NJ 08002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
PATRICK HOWARD, ESQ.
ONE LIBERTY PLACE, 52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___FEBRUARY 13, 2015___

_____
*RICHARD C. THIEME*, Deputy Clerk

Sworn to and subscribed before me
this 26th day of February 20 15 .

*Monique M. Sloan*

---

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  15-730

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kohl's Corporation c/o Corporate Creations Network

was received by me on *(date)* 2/26/15 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* S. Bertino , who is designated by law to accept service of process on behalf of *(name of organization)* Kohl's Corporation c/o Corporate Creations Network on *(date)* 2/26/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Description: Receptionist, white female, 5'5", 130 lbs, glasses

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 2/26/15

*Kenyatta Thomas*
Server's signature

Kinyatta Thomas      — Server
Printed name and title

325 Chestnut, Ste 1101, Phila PA 19106
Server's address