# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

JENNIFER GORDON, VALERIE TANTLINGER, AND JENNIFER UNDERWOOD, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED

*Plaintiff*

v.

KOHL'S CORPORATION AND CAPITAL ONE FINANCIAL CORPORATION

*Defendant*

Civil Action No. 15-730

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Capital One Financial Corporation
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
PATRICK HOWARD, ESQ.
ONE LIBERTY PLACE, 52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEBRUARY 13, 2015

RICHARD C. THIEME, Deputy Clerk

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MONIQUE M. SLOAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 23, 2018

Sworn to and subscribed before me
this __26th__ day of __February__ 20_15_.

_Monique M. Sloan_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 15-730

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Capital One Financial Corporation c/o Corporation Service Company__
was received by me on *(date)* __2/26/15__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Julie Little__, who is designated by law to accept service of process on behalf of *(name of organization)* __Capital One Financial Corporation c/o Corporation Service Company__ on *(date)* __2/26/15__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __2/26/15__

_Theodore Little_
*Server's signature*

__Theodore Geller — Server__
*Printed name and title*

__325 Chestnut St, Ste 1101, Phila, PA 19106__
*Server's address*