# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER GORDON, VALERIE TANTLINGER and JENNIFER UNDERWOOD, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC. and CAPITAL ONE, N.A.,<br><br>Defendants. | CIVIL ACTION<br><br>Case No.: 2:15-cv-00730-WB<br><br>MOTION TO COMPEL INDIVIDUAL ARBITRATION OF CLAIMS OF PLAINTIFFS TANTLINGER AND UNDERWOOD AND TO STAY LITIGATION AS TO PLAINTIFFS TANTLINGER AND UNDERWOOD |

Martin C. Bryce, Jr. (PA Bar ID 156882)
bryce@ballardspahr.com
Daniel JT McKenna (PA Bar ID 230387)
mckennad@ballardspahr.com
Sarah Schindler-Williams (PA Bar ID 314934)
schindlerwilliamss@ballardspahr.com
Joseph J. Schuster (PA Bar ID 318048)
schusterj@ballardspahr.com

BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999

*Attorneys for Defendant Kohl's Department Stores.*

Dated: May 19, 2015

# MOTION TO COMPEL ARBITRATION

Defendant Kohl's Department Stores, Inc. ("Kohl's" or "Defendant") hereby moves to compel arbitration of any claims asserted by Plaintiffs Valerie Tantlinger and Jennifer Underwood ("Plaintiffs'") pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, et seq., and the written arbitration agreements Plaintiffs entered into and to stay the action as to Plaintiffs pending the completion of arbitration. In support of its Motion, Defendant incorporates herein the accompanying Memorandum of Law, Declaration and the attached exhibits.

WHEREFORE, Kohl's requests that the Court enter the proposed Order granting the Motion.


Dated: May 19, 2015	/s/ *Martin C. Bryce, Jr.*
	Martin C. Bryce, Jr. (PA Bar ID 156882)
	Daniel JT McKenna (PA Bar ID 230387)
	Sarah Schindler-Williams (PA Bar ID 314934)
	Joseph J. Schuster (PA Bar ID 318048)
	Ballard Spahr LLP
	1735 Market Street, 51st Floor
	Philadelphia, PA 19103-7599
	Telephone: 215.665.8500
	Facsimile: 215.864.8999

	*Attorneys for Defendant Kohl's Department Stores.*