IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER GORDON, VALERIE TANTLINGER and JENNIFER UNDERWOOD,<br>            Plaintiffs,<br><br>    v.<br><br>KOHL'S CORPORATION and CAPITAL ONE FINANCIAL CORPORATION,<br>            Defendants. | CIVIL ACTION<br><br><br><br>NO.  15-730 |

## O R D E R

**AND NOW**, this 10th day of August, 2015, **IT IS HEREBY ORDERED** that Defendant Kohl's Corporation's Motion to Compel Arbitration (ECF No. 27) is **DENIED**.

BY THE COURT:


/s/ Wendy Beetlestone
_____
**WENDY BEETLESTONE, J.**