## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER GORDON, VALERIE TANTLINGER and JENNIFER UNDERWOOD,<br>         **Plaintiffs,** | CIVIL ACTION |
| **v.** | NO. 15-730 |
| KOHL'S DEPARTMENTS STORES, INC. and CAPITAL ONE, NATIONAL ASSOCIATION,<br>         **Defendants.** | |

## O R D E R

**AND NOW**, this 7th day of August, 2017, upon review of Defendants' Motion for Summary Judgment (ECF No. 163); Plaintiffs' Response in Opposition thereto (ECF No. 169); Defendants' Reply in Support thereof (ECF No. 172); and Plaintiffs' Motion for Leave to File Sur-Reply in Opposition thereto (ECF No. 177), after oral argument and for the reasons set forth in the Court's Opinion of August 7, 2017 (ECF No. 178), **IT IS HEREBY ORDERED** that:

(1) Plaintiffs' Motion for Leave to File a Sur-Reply (ECF No. 177) is **GRANTED**; and

(2) Defendants' Motion for Summary Judgment (ECF No. 163) is **GRANTED in part and DENIED in part** as follows:

> (1) Defendants' motion is **GRANTED** with respect to all claims by Plaintiffs Jennifer Gordon and Valerie Tantlinger, and **JUDGMENT IS ENTERED IN FAVOR** of Defendants Kohl's Department Stores, Inc. and Capital One, National Association, and **AGAINST** Plaintiffs Jennifer Gordon and Valerie Tantlinger on all claims;

> (2) Defendants' motion is **GRANTED** with respect to Plaintiff Jennifer Underwood's claims under Count I (good faith and fair dealing) in their entirety, and Count II (unjust enrichment) to the extent that they arise from Kohl's Account Ease, and **JUDGMENT IS ENTERED IN FAVOR** of Defendants Kohl's Department Stores, Inc. and Capital One, National Association, and **AGAINT** Plaintiff Jennifer Underwood on Count I in its entirety and Count II to the extent it arises from Kohl's Account Ease; and

(3) Defendants' motion is **DENIED** with respect to Count II (unjust enrichment) by Plaintiff Jennifer Underwood arising from PrivacyGuard.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**