# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER UNDERWOOD, On behalf of Herself and All Others Similarly Situated, Plaintiff, | CIVIL ACTION |
| v. | |
| KOHL'S DEPARTMENT STORES, INC. and CAPITAL ONE, NATIONAL ASSOCIATION, Defendants, | NO. 15-730 |

## O R D E R

**AND NOW**, this 14th day of February, 2019, upon consideration of Defendants' Motion to Strike Jury Demand (ECF No. 240), Plaintiff's Response thereto (ECF No. 246), and Defendants' Reply in further support thereof (ECF No. 248), **IT IS ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**