IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER UNDERWOOD, on Behalf of Herself and All Others Similarly Situated, | : CIVIL ACTION : |
| Plaintiffs, | : : |
| v. | : Case No.: 2:15-cv-00730 (WB) |
| KOHL'S DEPARTMENT STORES, INC. and CAPITAL ONE, NATIONAL ASSOCIATION, | : : : |
| Defendants. | : |

**ORDER**

FILED
FEB 2 2 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

AND NOW, this 21st day of February 2019, having been advised by the parties that this matter has been resolved, the Court will hold a hearing on **April 10, 2019, at 10:00 a.m.** to address preliminary approval of the settlement, including notice to the class, pursuant to Fed. R. Civ. P. 23(e). Plaintiff shall file her motion and brief in support of preliminary settlement approval on or before **March 6, 2019**.

_____
Wendy Beetlestone, U.S.D.J.